HOUSEHOLD FINANCE CORP. *v.* DIRECTOR OF
THE DIVISION OF TAXATION, DEPART-
MENT OF THE TREASURY OF
NEW JERSEY.

No. 237.   Decided October 8, 1962.

*Roger C. Ward* for appellant.

*Arthur J. Sills,* Attorney General of New Jersey, and
*Alan B. Handler,* Deputy Attorney General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is
dismissed.   Treating the papers whereon the appeal was
taken as a petition for writ of certiorari, certiorari is
denied.

MR. JUSTICE GOLDBERG took no part in the consideration
or decision of this case.